PEOPLE v. ST. NICHOLAS BANK.

In re KERR et al.

(Supreme Court, General Term, First Department.   April 13, 1894.)

Appeal from special term, New York county.

Application by Thomas B. Kerr and others for an order directing Hugh J. Grant, as temporary receiver of the St. Nicholas Bank, to pay over certain sums deposited by petitioners in said bank before its failure.   From an order in favor of petitioners, the receiver appeals.   Reversed.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

John M. Bowers, for appellant.
Edwin B. Smith, for respondents.

PER CURIAM.   In accordance with the views expressed in the case of People v. St. Nicholas Bank (In re Lathrop) 28 N. Y. Supp. 407 (decided herewith), the order appealed from should be reversed, and the application denied, with costs.